MAY 13, 1959

No. 63079.—SUIT 4959.—Koeller-Struss Company v. United States.——
—C.D. 1963 affirmed February 5, 1959.
C.A.D. 702.